UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN JERSTAD,<br><br>                              Plaintiff,<br><br>- against -<br><br>NEW YORK VINTNERS LLC,<br><br>                              Defendant. | Docket No. 18-cv-10470 (JGK) |

**[PROPOSED] DEFAULT JUDGMENT**

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Richard Liebowitz and exhibits attached thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant New York Vintners LLC ("Defendant");

2. Defendant is to pay $3,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Defendant is to pay $10,000.00 in statutory damages under 17 U.S.C. § 1202(b) for removal and/or alteration of copyright management information;

4. Defendant is to pay $4037.50 in attorneys' fees and $475.00 in costs pursuant to 17 U.S.C. § 505;

5. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

6. the Court retain jurisdiction over any matter pertaining to this judgment;

7. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: _____, 2019          **SO ORDERED.**

_____
Hon. John F. Koeltl (U.S.D.J.)