**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------

**ROBIN JERSTAD,**

      Plaintiff,    18-cv-10470 (JGK)

  - against -      MEMORANDUM OPINION AND
              ORDER

**NEW YORK VINTNERS LLC,**

      Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

  The Court has received the Report and Recommendation of Magistrate Judge Wang dated December 12, 2019, following an inquest on damages after this Court found that the plaintiff, Robin Jerstad, was entitled to a default judgment against the defendant, New York Vintners LLC. The Magistrate Judge found that the plaintiff is entitled to award of $3,500 in damages and an award of $2,500 for attorney's fees and costs, for a total judgment of $6,000. The time for Objections has passed and, in any event, the Court finds that the Report and Recommendation are well-founded, and the Court adopts them.

Therefore, the Clerk is directed to enter judgment in favor of the plaintiff and against the defendant in the total amount of $6,000.  The Clerk is also directed to close this case.
**SO ORDERED.**

**Dated:    New York, New York**
          **January 6, 2020**        ____/s/ John G. Koeltl_____
                                           **John G. Koeltl**
                                  **United States District Judge**