**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBIN JERSTAD,
                     Plaintiff,

      -against-                                                    18 **CIVIL** 10470 (JGK)

                                                                      **JUDGMENT**

NEW YORK VINTNERS LLC,
                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 6, 2020, the Court finds that the Report and Recommendation are well-founded, and are adopted, and judgment is entered in favor of the Plaintiff and against the Defendant in the total amount of $6,000; accordingly, the case is closed.

**Dated:**  New York, New York
           January 6, 2020

                                                                       **RUBY J. KRAJICK**
                                                                        **Clerk of Court**
                                          **BY:**
                                                                        **Deputy Clerk**